IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALES,

    Plaintiff,            No. CIV S-10-3359 LKK DAD P

    vs.

SACRAMENTO COUNTY JAIL,

    Defendant.          <u>ORDER</u>

                                          /

         On November 29, 2011, the court issued findings and recommendations, recommending dismissal of this action due to plaintiff's failure to file an amended complaint as directed. In response to the court's findings and recommendations, plaintiff has filed a motion for an extension of time in which to file his amended complaint. Good cause appearing, the court will vacate its findings and recommendations and grant plaintiff's motion for an extension of time.

         IT IS HEREBY ORDERED that:

         1. The court's November 29, 2011 findings and recommendations are vacated;

         2. Plaintiff's motion for an extension of time (Doc. No. 14) is granted; and

/////

/////

1

3. Plaintiff is granted sixty days from the date of service of this order in which to file an amended complaint. Failure to do so will result in the issuance of findings and recommendations recommending dismissal of this action.

DATED: January 18, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md
gonz3359.36amc