IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS GONZALES,

      Plaintiff,                    No. CIV S-10-3359 LKK DAD P

    vs.

SACRAMENTO COUNTY JAIL,

      Defendants.             FINDINGS & RECOMMENDATIONS

/

        By order filed January 19, 2012, the court granted plaintiff a sixty-day extension of time to file his amended complaint. The sixty-day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
gonz3359.fta(3)

2